JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 20 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1629

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-8)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 51 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>JUN - 7 2005<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Michael J. Beck*<br><br>Michael J. Beck<br>Clerk of the Panel |

## SCHEDULE CTO-8 - TAG-ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #

ALABAMA NORTHERN
    ALN  7  05-74    Frieda Burroughs, etc. v. Pfizer, Inc., et al.

MAINE
    ~~ME  2  05-84~~    ~~Gerald Demers v. Pfizer, Inc., et al.~~    Opposed 6/3/05

MISSOURI EASTERN
    ~~MOE  4  04-1429~~    ~~Earl E. Prather, et al. v. Pfizer, Inc., et al.~~    Vacated 6/6/05

NEW JERSEY
    NJ  2  04-4882    Marianne Smolucha, etc. v. Pfizer, Inc., et al.
    NJ  2  04-4883    Christine Gambardello, et al. v. Pfizer, Inc., et al.
    NJ  2  05-2061    John Jarosz, etc. v. Pfizer, Inc., et al.

NEVADA
    NV  2  04-1694    Monica Almeida v. Pfizer, Inc.

TEXAS WESTERN
    ~~TXW  1  05-175~~    ~~Irene Barlow v. Pfizer, Inc., et al.~~    Opposed 6/3/05

# United States District Court - District of Nevada
# Docket Sheet

| 6/17/2005 | CV-S-04-1694 - RCJ - RJJ | Page 1 of 3 |
|---|---|---|

| Case Caption | Status |
|---|---|
| **Monica Almeida VS Pfizer, et al.,** | **Open** |

## Statistical Information

| | | | |
|---|---|---|---|
| Date Filed: | 12/10/2004 | Jurisdiction: | Diversity |
| Date Re-Opened: | | Jury Demand: | Defendant |
| County: | Southern | Class Action: | |
| Plaintiff Diversity: | Citizen of This State | MDL Case #: | |
| Defendant Diversity: | Business in Another State | ENE: | No |
| Origin Of Case: | | Fee Status: | Fee Paid |
| Nature Of Suit: | 365 | Receipt Number: | 81638 |
| Cause Code: | | Consolidated: | No |
| Cause: | Personal Injury Product Liability | Arbitration Code: | No arbitration Status or Does Not Qualify |

Docket Sheet Notes:

| | | | |
|---|---|---|---|
| **Closing Date:** | | Nature Judgment | |
| Disposition Method: | | Judgment For: | |
| Term Arbitration: | | Amount Awarded: | |
| Procedural Progress: | | Term Class Action: | |
| Closing Notes: | | | |

JUN-13-2005 13:21 US COURT CLERK
Case 1:05-cv-11264-PBS    Document 13-2    Filed 06/16/2005    Page 2 of 3
P.03/04

# United States District Court - District of Nevada
## Docket Sheet

| 6/17/2005 | CV-S-04-1694 - RCJ - RJJ | Page 2 of 3 |

| Parties | Counsel |
|---|---|
| **LAINTIFF**<br>Almeida, Monica | Marc A. Saggese - 007166<br>Saggese & Associates<br>3960 Howard Hughes Pkwy<br>Suite 850<br>Las Vegas, NV 89109<br>USA<br>Phone: 702-796-8882  Fax: 702-382-9309 |
| **)EFENDANT**<br>Pfizer Inc. | Angela Bader - 005574<br>Laxalt & Nomura, Ltd<br>9600 Gateway Dr<br>Reno, NV 89521<br>USA<br>Phone: 775-322-1170  Fax: 775-322-1865<br>Steven E. Guinn - 005341<br>Laxalt & Nomura, Ltd<br>9600 Gateway Drive<br>Reno, NV 89501-<br>USA<br>Phone: 775-322-1170  Fax: 775-322-1865 |

# United States District Court - District of Nevada
# Docket Sheet

| 6/17/2005 | CV-S-04-1694 - RCJ - RJJ | Page 3 of 3 |

| ate Filed | Doc. | Status | Docket Type / Docket Name | Docket Entry | Judge | EOD | Clerk |
|---|---|---|---|---|---|---|---|
| 2/14/2004 | | | EVENT RECEIVED | stip for ext of time to reps to complt. Sub to RCJ. | | 12/15/2004 | RJ |
| 2/29/2004 | | | EVENT RECEIVED | Stip for ext of time to resp. (RJJ) | | 12/29/2004 | MZ |
| 4/12/2005 | | | EVENT RECEIVED | stip disc plan/sked ord. Sub to RJJ | | 04/13/2005 | RJ |
| 2/10/2004 | 1 | | PETITION FOR REMOVAL | w/complt and sums attch'd obo D (m) | | 12/15/2004 | RJ |
| 2/14/2004 | 2 | | CERTIFICATE OF INTERESTED PARTIES | obo Ds (m) (cpy RCJ/RJJ) | | 12/15/2004 | RJ |
| 2/15/2004 | 3 | | ORDER MINUTE | ORD re removal: stmnt due 15 dys; jt stat rpt due 30 dys; (see doc). cpys dist. | RCJ | 12/15/2004 | RJ |
| 2/17/2004 | 4 | | ORDER STIPULATION | ORD ext of time to resp to complt until 12/31/04 is GRANTED, (see doc). cpys dist. | RCJ | 12/27/2004 | RJ |
| 2/23/2004 | 5 | | STATEMENT | re removal obo D (m) | | 12/27/2004 | RJ |
| 2/30/2004 | 6 | | ORDER | ORD ext of time to 1/18/05 to resp to Ps complt is GRANTED, (see doc). cpys dist. | RJJ | 01/03/2005 | RJ |
| 1/11/2005 | 7 | | STATUS REPORT JOINT | obo D (cpy RCJ/RJJ) | | 01/14/2005 | RJ |
| 1/18/2005 | 8 | | ANSWER | w/JD obo Ds (m) | | 01/19/2005 | RJ |
| 04/08/2005 | 9 | Sub | MOTION/NON DISPOSITIVE | (jnt) for PTO limiting disclosure of conf docs obo Ds (DISPO: Doc. # 9 linked to Doc #: 11 | | 04/08/2005 | RJ |
| 04/19/2005 | 10 | | ORDER SCHEDULING | ORD DISC due 7/18/05; MTNS due 8/17/05; JTPTO due 9/16/05; (see doc). cpys dist. | RJJ | 04/25/2005 | RJ |
| 04/20/2005 | 11 | | ORDER | ORD PTO limiting disclosure of conf docs (#9) is GRANTED, (see doc). cpys dist. | RJJ | 04/25/2005 | RJ |
| 05/10/2005 | 12 | | NOTICE | of law firm name change, (see doc). obo Ds (m) | | 05/11/2005 | RJ |